**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Wendell Antonio JOHNSON,
Defendant-Appellant.**

No. 17-6197

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2017

Decided: June 23, 2017

Wendell Antonio Johnson, Appellant Pro Se. Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia; Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendell Antonio Johnson pled guilty to conspiracy to distribute cocaine and cocaine base and related offenses, and the district court sentenced him to 300 months' imprisonment. On direct appeal, we affirmed in part and dismissed in part. *United States v. Johnson*, 259 Fed.Appx. 542, 543-45 (4th Cir. 2007). In February 2017, Johnson filed a second notice of appeal of the same criminal judgment. Because we previously affirmed this criminal judg-ment, we dismiss the appeal as duplicative, and we deny his motion to place his appeal in abeyance pending a decision on his state court motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*DISMISSED*